# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBYN COVINO,

    Plaintiff(s),

v.

SPIRIT AIRLINES, INC.,

    Defendant(s).

Case No.: 2:20-cv-01039-GMN-NJK

**Order**

[Docket No. 32]

On December 1, 2021, Defendant filed a proof of service attaching a discovery subpoena and related correspondence. Docket No. 32. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).[1] No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: December 2, 2020

                                          Nancy J. Koppe
                                          United States Magistrate Judge

---

[1] *See also* Fed. R. Civ. P. 45(a)(4) (notice of intent to serve a subpoena "must be <u>served</u> on each party" (emphasis added)).

1