UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBYN COVINO,

    Plaintiff(s),

v.

SPIRIT AIRLINES, INC.,

    Defendant(s).

Case No.: 2:20-cv-01039-GMN-NJK

**Order**

[Docket No. 30]

Pending before the Court is Defendant's motion to extend the discovery cutoff and subsequent deadlines. Docket No. 30. To date, no response has been filed. For good cause shown,[1] the motion to extend is **GRANTED** and deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  March 11, 2021
- Dispositive motions:  April 21, 2021
- Joint proposed pretrial order:  May 21, 2021, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: December 11, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] To be clear, the Court does not find good cause based in particular on the pendency of the motion for judgment on the pleadings. To the extent resolution of that motion and/or later amendment of the complaint warrants an extension of deadlines, a request may be filed at that time and will be evaluated based on the showing made.

1