# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBYN COVINO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-01039-GMN-NJK<br><br>**Order**<br><br>[Docket No. 44] |

Pending before the Court is Defendant's motion to extend the dispositive motion deadline and the deadline to file the joint proposed pretrial order. Docket No. 44. No response has been filed. For good cause shown, the motion to extend is **GRANTED** and deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  closed
- Dispositive motions:  June 4, 2021
- Joint proposed pretrial order:  July 5, 2021

IT IS SO ORDERED.

Dated: April 20, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1