# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBYN COVINO,<br><br>     Plaintiff(s),<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>     Defendant(s). | Case No.: 2:20-cv-01039-GMN-NJK<br><br>**Order**<br><br>[Docket No. 50] |

Pending before the Court is Defendant's motion to extend the dispositive motion deadline and the deadline to file the joint proposed pretrial order. Docket No. 50. No response has been filed. For good cause shown, the motion to extend is **GRANTED** and deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Initial experts: closed
- Rebuttal experts: closed
- Discovery cutoff: closed
- Dispositive motions: July 19, 2021
- Joint proposed pretrial order: August 19, 2021

IT IS SO ORDERED.

Dated: June 1, 2021

_____
Nancy J. Koppe
United States Magistrate Judge