1  Richard A. Lazenby (*pro hac vice*)
   Email: rlazenby@victorrane.com
2  Michael Cutler (*pro hac vice*)
   Email: mcutler@victorrane.com
3  VICTOR RANE
   9350 Wilshire Boulevard, Suite 308
4  Beverly Hills, California 90212
   Telephone: (310) 310-4849
5  Facsimile: (310) 388-4869

6  -and-

7  Jonathan W. Carlson (Nevada Bar No. 10536)
   MCCORMICK BARSTOW, LLP
8  8337 W. Sunset Road, Suite 350
   Las Vegas, Nevada 89113
9  Telephone: (702) 919-1100
   Facsimile: (702) 949-1101
10 Email: jonathan.carlson@mccormickbarstow.com

11 Attorneys for Defendant
   SPIRIT AIRLINES, INC.

12

13                    UNITED STATES DISTRICT COURT

14                        DISTRICT OF NEVADA

15

16 ROBYN COVINO,                    )  Case No.: 2:20-cv-01039-GMN-NJK
                                    )
17          Plaintiff,              )  **SPIRIT AIRLINES, INC.'S MOTION
                                    )  TO EXTEND THE REMAINING PRE-
                                    )  TRIAL DEADLINES AND
18     vs.                          )  [PROPOSED] ORDER**
                                    )
   SPIRIT AIRLINES, INC.            )
19                                  )
            Defendant.              )
20                                  )
                                    )
21 _____ )

22        Defendant Spirit Airlines, Inc. (hereinafter, "Spirit"), by and through its attorneys of

23 record, hereby submits its motion to extend the remaining pre-trial deadlines and [proposed]

24 order in this matter as follows:

25 / /

26 / /

27 / /

28 / /

1 **MEMORANDUM OF POINTS AND AUTHORITIES**

2 **I.** **Introduction**

3      Spirit respectfully submits there is good cause to extend the current deadlines to file

4 dispositive motions and to submit a pre-trial order and disclosures in this matter by forty-five

5 (45) days, pending the Court's ruling on Spirit's motion for judgment on the pleadings and the

6 motion to compel further discovery from plaintiff.

7      This motion is brought at least twenty-one (21) days before the expiration of the first

8 deadline that is the subject of this motion as required under Local Rule 26-4.

9 **II.** **Legal Standard**

10      The Local Rules, in pertinent part, state as follows:

11
12         A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation

13         to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the

14         subject deadline ….

15 L.R. 26-4.

16 **III.** **Argument**

17      Spirit respectfully requests the Court to grant this motion to extend the deadline to file

18 dispositive motions and to submit a pre-trial order and disclosures in this matter by forty-five

19 (45) days. The current deadlines are July 19, 2021 and August 19, 2021, respectively.

20      There is good cause to grant this extension, because Spirit is awaiting the ruling on its

21 motion for judgment on the pleadings, which was filed on September 22, 2020 (*see* dkt. 19). If

22 the Court rules in Spirit's favor without leave to amend, then this lawsuit will be concluded.

23 However, should plaintiff be afforded an opportunity to amend her complaint, plaintiff will need

24 time to file an amended complaint, and Spirit will need time to respond to it, potentially with a

25 renewed motion for judgment on the pleadings or a motion for summary judgment. Because

26 Spirit cannot anticipate the outcome of the motion for judgment on the pleadings that is currently

27 pending with the Court, and cannot file a second dispositive motion prematurely, an extension of

28

1    the deadline to file dispositive motions is warranted.  Additionally, Spirit's motion to compel

2    plaintiff to provide further discovery responses and initial disclosures is pending with the Court,

3    and should Spirit prevail, plaintiff will likely need additional time to comply with the Court's

4    ruling (*see* dkt. 43).

5    **IV.    Conclusion**

6    Due to the foregoing, Spirit requests that the Court grant an extension of the remaining

7    pre-trial deadlines to the following dates:

8    1.  Last date to file dispositive motions: September 2, 2021

9    2.  Last date to submit pre-trial order and disclosures: October 3, 2021

10

11   Dated: June 28, 2021                                 Respectfully submitted,

12

13                                                        By  /s/ Jonathan W. Carlson
                                                             Richard A. Lazenby
14                                                           Michael Cutler
                                                             VICTOR RANE
15                                                           -and-
                                                             Jonathan W. Carlson
16                                                           MCCORMICK BARSTOW, LLP
                                                             Attorneys for Defendant
17                                                           SPIRIT AIRLINES, INC.

18

19   IT IS SO ORDERED.
     Dated:  June 29, 2021
20   .
     .
21   _____
22   Nancy J. Koppe
     United States Magistrate Judge
23

24

25

26

27

28